■■■ MALIKA F. NELSON, Respondent, v MICHAEL J. SANTINI, Appellant. [885 NYS2d 700]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered December 9, 2008 in a personal injury action. The order denied the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.